Court of Criminal App-No. WR-82,521-01
Trial Court No. W08-62601-4(A)
82,521-01

JOE CLOPTON
     Applicant

VS.

THE STATE OF TEXAS
     Respondent

§
§
§
§
§
§
§

IN THE COURT

OF CRIMINAL

APPEALS, Austin

Texas

MOTION DENIED
DATE: 5-18-15
BY: 16

## MOTION FOR NEW TRIAL

To THE Honorable Court of Criminal Appeal Judge:

Now comes Joe Clopton, TDCJ-ID#1722246, with this motion for New Trial in the above cause no.'s. Applicant can prove by proponderes of newly Discovered Evidence can prove that I am actually Innocence, Pursuant to the Following:

### I.
### JURISDICTION

Applicant has jurisdiction pursuant to the Court of Appellate Procedures Rules and Policy's.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

### II.
### Facts

1. Applicant Filed a Writ of Habeus Corpus Applications pursuant to Texas Code of Criminal Appeals Policy 11.02.

2. The Trial Court Filed such Application on

(1)

February 12, 2014. In which the state Responded and denied every Alligation.

3. On February 24th the trial Court filed an order Designating Issues.

4. On January 14, 2015 an Order was filed by the Court of Criminal Appeals.

(a) Stating that Applicant has alleged facts, that, if true, might entitle him to relief. Strickland v. Washington, 466 U.S. 668 (1984); Ex parte Patterson, 993 S.W. 2d. 114, 115 (Tex. Crim. App. 1999); Ex parte Elizondo, 942 S.W. 2d. 202 (Tex. Crim. App. 1996). In these circumstances, additional facts are needed. As we held in Ex parte Rodriguez, 334 S.W. 2d 294, (Tex. Crim. App. 1960), the trial Court is the appropriate forum for finding of facts. The trial court shall order trial counsel to respond to Applicant's ineffective assistance of counsel claims.

(b) By this order Applicant believes that he was suppose to receive the Finding of Facts and conclusions of Law and an affidavit from trial counsel.

None of these documents were sent to Applicant, Applicant was denied due Process of Law. Under the XIV U.S. const. Amend. and Texas Const. Amend.

(2)

(C) The Applicant only Received a denial of written order, on April 7th, 2015. Applicant did not have time to object to the facts and conclusion of law, Because he did not receive such findings or affidavit from trial counsel.

## III
## Conclusion

Applicant above Prays and considered that this motion for New TRIAL Is hereby Granted, Because Applicant was Denied Due Process to the Facts and conclusions of Laws. From TRIAL Court.

Respectfully Submitted

X Joe Clapton

TDCJ-ID # 1722246
Stevenson Unit
1525 FM. 766
Cuero, Texas
77954

Filed c/c:

(3)

## Certificate of Service

Applicant believes he has correctly and truely submitted this above motion for New TRIAL on Clerk of Court of Criminal Appeals, P.O. Box 12308 Austin, Texas by postal service at Stevenson Unit post-office.

Done and Entered on April 15 2015

Respectfully Submitted

x Joe Clopton

TDCJ-ID # 1722246

Stevenson Unit

1525 FM-766

Cuero, Texas 77254

Filed:

(4)

CLERK                                          4/15/15
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78211


RE: C.C.A. WR-NO-82,521-01; Trial Court No.
   W08-62601-Y(A).


Dear, Clerk
     Enclosed you will find a true and
correct Motion for New TRIAL. To be
Served upon the Court of Criminal Appeals
SAID Judge's.


Could you please file it in the Appropriate
Court.


     Sincerely
x   Joe Clopton
   TDCJ-ID#1222246
   Stevenson Unit
   1525 FM, 766
   Cuero, Texas 77954



File-Clc.